United States Court.
Southern District of Texas
FILED

JUN 1 3 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STAES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO.: H- |
| | § | |
| ROBERT CHARLES WOOTEN | § | **18 CR 333** |
| | § | JUDGE |
| | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment, Walgreens Corporation, is a Deerfield, Illinois based company, with stores throughout the United States, engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

At all times material to this Indictment, Bayou Pawn, is a Houston, Texas based company engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

At all times material to this Indictment, Metro PCS, a subsidiary of T-Mobile, is a Bellvue, Washington company, with stores throughout the United States, engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

<u>COUNT ONE</u>

<u>Title 18, United States Code, §§ 1951(a)-Interference with Commerce by Robbery</u>

On or about December 25, 2017, in the Houston Division of the Southern District of Texas,

ROBERT CHARLES WOOTEN

defendant herein, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Walgreens, located at 6486 West Little York, Houston, Texas, which was in the possession and custody of an employee of Walgreens, namely, cigarettes and United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a).

<u>COUNT TWO</u>

<u>Title 18, United States Code, §§ 924(c)(1)(A): -
Use, carry and brandish of a firearm during and in relation to a crime of violence</u>

On or about December 25, 2017, in the Houston Division of the Southern District of Texas,

ROBERT CHARLES WOOTEN

defendant herein, did knowingly carry, use and brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count One.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii),(3)(A).

## COUNT THREE

### Title 18, United States Code, §§ 1951(a)-Interference with Commerce by Robbery

On or about December 29, 2017, in the Houston Division of the Southern District of Texas,

### ROBERT CHARLES WOOTEN

defendant herein, did knowingly and intentionally attempt to obstruct, delay, and affect interstate and foreign commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did attempt to unlawfully take and obtain the property of Bayou Pawn, located at 5906 N. Shepherd Drive, Houston, which was in the possession and custody of an employee of Bayou Pawn, namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a).

## COUNT FOUR

### Title 18, United States Code, §§ 924(c)(1)(A): - Use, carry and brandish a firearm during and in relation to a crime of violence

On or about December 29, 2017, in the Houston Division of the Southern District of Texas,

### ROBERT CHARLES WOOTEN

defendant herein, did knowingly use, carry, and brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Three.

In violation of Title 18, United States Code, §§924(c)(1)(A)(ii),(3)(A).

## COUNT FIVE

### Title 18, United States Code, §§ 1951(a)-Interference with Commerce by Robbery

On or about December 29, 2017, in the Houston Division of the Southern District of Texas,

### ROBERT CHARLES WOOTEN

defendant herein, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of METRO PCS, located at 6438 West Little York, Houston, Texas, which was in the possession and custody of an employee of METRO PCS, namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a)

## COUNT SIX

### Title 18, United States Code, §§ 924(c)(1)(A): -
### Use, carry and brandish of a firearm during and in relation to a crime of violence

On or about December 29, 2017, in the Houston Division of the Southern District of Texas,

### ROBERT CHARLES WOOTEN

defendant herein, did knowingly carry, use and brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Five.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii),(3)(A).

A TRUE BILL:

Original Signature on File

_____
FOREMAN OF THE GRAND JURY

Ryan K. Patrick
United States Attorney

BY: _____
Jill Jenkins Stotts
Assistant United States Attorney