4:18-CR-333

Dear: Mr. Hughes

As of this moment I do not no what is going on. I do not no anything that Im up against and my Lawyer is not letting me no anything.

Well all I want to ask is no matter what is going on I need help and only you can help me with it.

My wife is Dying of Cancer and we have 4 Babies, all I want is to

Go

Home

for

30 Days.

P.S. 30 Days to get Custody of my Babies and see my wife threw her Surgery