Robert C. Wooten #04847549
Joe Corley Detention Center
500 Hilbig Rd
Houston TX 77301

NORTH HOUSTON TX 773
25 JUL 2015 PM 1

TO: Judge Lynn N. Hughes
515 Rusk Ave   #11-C
Houston TX 77002

**THIS LEGAL MAIL HAS NOT BEEN INSPECTED**

77002-260597