To: Judge L. H. Hughes    4:18cr-333

When a Person makes a Statement Against another another Person for committing a "Crime" is he or She Considered as being "Under Oath" and can he or she be Convicted of "Perjury" if that Statement is False.

United States ⬚⬚⬚
Southern District ⬚⬚⬚
FILED
NOV 02 2018
David J. Bradley, Clerk of Court

Can You Personally Give me the Correct Answer

Thank You

Robert C. Wooten 04847547q
Joe Corley
500 HilBig Rd
Conroe Tx 77301

THIS LEGAL MAIL HAS
NOT BEEN INSPECTED

United States District Court
Southern District of Texas
FILED
NOV 02 2018
David J. Bradley, Clerk of Court

HOUSTON TX 773
31 OCT '18
PM 4 L

Hasler
10/31/2018
US POSTAGE $000.47⁰
FIRST-CLASS MAIL
ZIP 77301
011E11680424

To: Judge L.H. Hughes
United States District Court
Courtroom 11-C Eleventh floor
515 Rusk Avenue
Houston Tx 77002

77002-262399