# "Attention"

To: Whom this MAY Concern

4:18CR333

United States Courts
Southern District of Texas
FILED
MAR 25 2019
David J. Bradley, Clerk of Court

Whith all Due Respect, Just so You Know my next Court Date I will be coming in at a SUPERIOR, PROPERTY-Holder, Competent Position and I know and TRULY understand all the three forms of Court.

As a matter of LAW I Respectfully ask as Beneficiar I now authorize to handle the accounting and dissolve this Constructive TRUST for I am now again claiming my Body so I'm now collasping the (CQV) TRUST which You have charged as there is no value in it. As Beneficiary of this Constructive TRUST I do not consent to Your SOCIETY-( A number of People Join through mutual consent to determine, Deliberate and act for a common Goal.) I Respectfully ask You to Suspend this Constructive TRUST.

Date 3·7·19

AutoGRAPh  _Robert C. Wood_

Subscribe and sworn before me, The undersigned Authority on this day of _S Kely 3-15-19_

SENAE D. KELLEY
Notary Public, State of Texas
Comm. Expires 08-17-2022
Notary ID 131687414

# NOTICE OF UNDERSTANDING AND INTENT

*Whereas I understand that United States is a nation upon the principles that recognize the supremacy of God and the rule of law, and, Whereas I understand the only form of government recognized as lawful in United States is a representative one, and, Whereas I understand a representative relationship relies upon a foundation of mutual consent, and, Whereas I understand the appearance of consent can be achieved through silence and inaction, and, Whereas I understand no one can be my representative without my consent, and, Whereas I understand it appears that the governments of this nation rely upon deception to gain the right to govern, and, Whereas I understand that public servants must 'provide service to the public within the legislated framework within which service is provided', and, Whereas I understand that if they are unable to define the legislated framework they are also unable to claim to act with respect to it, and, Whereas I understand a "statute" is defined as 'a legislated rule of society which has the force of law', and, Whereas I understand a 'society' is defined as 'a number of people joined by mutual consent to deliberate, determine, and act for a common goal', and Whereas I understand statutes do not have the force of law over those who have not consented to be governed, and, Whereas I understand that principle has a duty to ensure that the people acting their agents understand the source, nature and limits of their mandates, and, Whereas I am desirous of living my life with love, compassion and truth, and, Whereas due to deception found in so many statutes I can no longer believe that any government agent or principal act with the truth, and, Whereas the only people who can possibly expect me to follow them must have more love, compassion and truth than I do, and, Whereas the government wishes to sell that which was entrusted to, Whereas I could not find the word 'love' in any statute, by law or regulation, and, Whereas I cannot in good conscience support an organization that uses deception to cause people to register their offspring, property and chattel, and, Whereas I am desirous of not being governed by those not guided by love, compassion and truth, and, Whereas I understand I give up certain benefits and legal rights by existing outside of society, and, Whereas I understand I recapture Common Law rights by existing outside of society.*

**BE IT KNOWN TO ANY AND ALL, THAT ON THIS DAY 3-7-19, I Robert Wooten, A FREE HUMAN BEING, DO HEREBY STATE MY "INTENT TO DENY CONSENT TO BE GOVERNED BY ANY AND ALL PARTIES.**

*All concerned parties have three (3) days to dispute, disprove or deny any of the facts mention herein. Failure to do so indicates **"Full agreement & acceptance"**.*

No statutes will apply to me, for they are the product of a governing body, one which I do not consent to.

(2)

I will not pay taxes, for the collection of taxes is a function of government and with my denial of consent I will free myself completely from all governing bodies, agencies, corporations, and institutions.

A Notarized copy of a 'Constructive Notice of Denial Consent will follow this document within seven (7) days.

Sincerely and without frivolity, vexation, malice aforethought or ill will.

Name: Robert C. Wooten    Date: MARCh 7- 2019
Autograph: *[signature]*

Witness: *S Kelley*    Date: 3-15-19

**SENAE D. KELLEY**
Notary Public, State of Texas
Comm. Expires 08-17-2022
Notary ID 131687414

SubscRibe and SwoRn to before me, THE UndeRSigned AuthoRity on this Date of,

# CONSTRUCTIVE NOTICE OF GOD STATUS

*Whereas United States is a nation founded upon the belief in the principles of the supremacy of God and the rule of law, and, Whereas the above sentence defines a hierarchy, with God at the top, and, Whereas the number two position in that hierarchy is not claimed by anyone, and, Whereas the governments of this nation seem to rely on deception to gain the power to govern, and, Whereas the only powers able to claim any authority over a 'Child of God' is God, and, Whereas neither the government, nor it's agents nor it's representatives or employees are God, or above God, and Whereas by legally claiming the number two position in the above mentioned hierarchy, I occupy a position above all governments and their agents and employees, and representatives,*

**BE IT KNOWN TO ANY AND ALL, THAT ON THIS DATE, 3-7-2019, I Robert Wooten A FREE HUMAN BEING, DO HEREBY LAWFULLY CLAIM THE STATUS OF A 'CHILD OF GOD'.**

Any human being who wishes to claim any authority over me must first prove they exist above God; they are God; they are between me and God; or they have a document upon the face of which can be found the verifiable signature of God. Failure to first do one of the above mentioned things means all claims to authority is abandoned or is unlawful. Attempting to exercise any authority over me without first fulfilling one of the four above mentioned requirements is an unlawful act of fraud and/or extortion.

Sincerely, have a good life, without interfering with mine.

Autographed: *[signature]* Date: 3-7-2019

Witness: *[signature]* Date: 5-15-19

SENAE D. KELLEY
Notary Public, State of Texas
Comm. Exps 08-17-2022
Notary 1317414

Subscribe and Sworn to before me, THE undersigned Authority on this Date of,

NO. 4:18CR-00333

Robert C Wooten

In The

United States District Court

For the Southern District of Texas

Houston Division

Robert C Wooten -Petitioner

VS.

United States District Court -Respondent(s)

**POOF OF SERVICE**

I Robert C. Wooten, do swear or declare that on this date 3-7-19, I served the enclosed" **"Notice of Understanding and Intent & Constructive Notice of Child of God Status"** on each party to the above proceeding or that party's counsel, and on every other person/entities required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each person's/entities and with first class postage prepaid, or by delivery to a third-party commercial carrier for delivery within 3 calendar days, so as the DISTRICT CLERK/TRUSTEE of this CQV/STRAWMAN trust I the BENEFICIARY ask "respectfully & honourably that you forward these documents to the other party's.

The names and addresses of those served are as follows:

| | | |
|---|---|---|
| Judge Lynn N. Hughes Courtroom 701 United States District Court 515 Rusk Ave. Houston TX 77002 | Jill J. Stotts Office of the United States Attorney P.O. Box 61129 Houston TX 77028 | John R. Frisell Phoenix Tower Suite 1100 3200 Southwest Freeway Houston TX 77027 |

I declare under the penalty of perjury that the laws, rules, regulations, statutes, etc under the State of Texas and United States of America that the foregoing is true and correct. (without prejudice)

Executed on: 3-7-2019                Autograph: _[signature]_

_S.J Kelley 3-15-19_

**SENAE D. KELLEY**
Notary Public, State of Texas
Comm. Expires 08-17-2022
Notary ID 131687414

Subscribe and Sworn to before me, THE undersigned Authority on this Date of,

Robert C. Wooten 048475479
Joe Corley
500 Hilbig Rd
Conroe Tx 77301

THIS LEGAL MAIL HAS
NOT BEEN INSPECTED

IN HOUSTON
TX 773
22 MAR '19

United States Courts
Southern District of Texas
FILED

MAR 25 2019

David J. Bradley, Clerk of Court

To: United States District Court
Clerk
P.O. Box 61010
Houston Tx 77028

Hasler
03/22/2019
US POSTAGE $000.65⁰
FIRST-CLASS MAIL
ZIP 77301
011E11680424

77208-101010