| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | | | | |
|---|---|---|---|---|---|
| United States of America v. **ROBERT CHARLES WOOTEN** | Houston Division Criminal No. H-18-333 **AMENDED EXHIBIT LIST** | | | | |
| Exhibit List of United States of America | AUSAs: Jill J. Stotts and Erin M. Epley | | | | |
| Judge: Honorable Lynn N. Hughes | Case Mgr.: Glenda Hassan | Reporter: | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 1 | Walgreens Video Outside 1 | | | | |
| 2 | Walgreens Video Robbery | | | | |
| 2A | Walgreens Still Shot | | | | |
| 3 | Walgreens Video Outside 2 | | | | |
| 4 | Walgreens Photo Array | | | | |
| 5 | Metro PCS N. Shepherd location Video | | | | |
| 5A | Metro PCS N. Shepherd location Still Shot | | | | |
| 6 | Metro PCS 740 Little York Video | | | | |
| 6A | Metro PCS 740 Little York Still Shot | | | | |
| 6B | Metro PCS Little York Still Shot | | | | |
| 7 | Photograph breezeway/Family Dollar | | | | |
| 8 | Photograph car/Wooten/Jetson | | | | |
| 9 | Photograph Jetson Family Dollar | | | | |
| 10 | DL photograph Jetson | | | | |
| 11 | Photograph license plate | | | | |
| 12 | Bayou Pawn Summary Sheet for ID 40717268 | | | | |
| 13 | Bayou Pawn video bicycle | | | | |
| 14 | Bayou Pawn video inside with female employee | | | | |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 14A | Bayou Pawn Still Shot | | | | |
| 14B | Bayou Pawn Still Shot | | | | |
| 14C | Bayou Pawn Still Shot | | | | |
| 15 | Bayou Pawn video outside with male employee | | | | |
| 16 | Bayou Pawn photo array | | | | |
| 17 | Map locations 1 | | | | |
| 18 | Map locations 2 | | | | |
| 19 | Defendant booking photo | | | | |